# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 21−48063−tjt
Chapter: 11

In Re: (NAME OF DEBTOR(S))
   Abdoun Estate Holdings, LLC
   26250 Northwestern Highway, Suite 202
   Southfield, MI 48076

Social Security No.:

Employer's Tax I.D. No.:
   27−3764308

## ORDER OF REASSIGNMENT

It appearing from the Court's records for the above entitled case that this case has been assigned to Judge Maria L. Oxholm and it further appearing that the debtor has a previous case as defined in L.B.R. 1073−1(b) filed with this Court on 10/11/2021 assigned to Judge **Thomas J. Tucker**, and it being the practice of this Court, pursuant to L.B.R. 1073−1 (a)(1)(E.D.M.), to reassign all subsequently filed cases to the Judge to whom the first case is assigned or to the judge who is appointed to fill the vacancy of that judge. **NOW THEREFORE,**

**IT IS ORDERED** that the above entitled case be removed from the docket of Judge Maria L. Oxholm and transferred to the docket of Judge Thomas J. Tucker.

Dated: 10/12/21

BY THE COURT                                      BY THE COURT

/s/ Thomas J. Tucker                       /s/ Maria L. Oxholm
Thomas J. Tucker                           Maria L. Oxholm