# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

ABDOUN ESTATE HOLDINGS, LLC,

                        Debtor.

_____/

Case No. 21-48063
Chapter 11
Hon. Thomas J. Tucker

## APPEARANCE, NOTICE OF
## APPEARANCE AND REQUEST FOR NOTICES

TO:    All Creditors and Interested Parties

PLEASE TAKE NOTICE that Anthony J. Miller of OSIPOV BIGELMAN, P.C., has this date entered his appearance in the above-captioned case as counsel for the Debtor and requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that the court add the undersigned to the matrix of creditors.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affects the debtor or the property of the debtor.

                                        Respectfully submitted,

Dated: October 12, 2021      By:   /s/ Anthony J. Miller
                                            ANTHONY J. MILLER (P71505)
                                           Attorney for Debtor
                                           20700 Civic Center Drive, Suite 420
                                           Southfield, MI 48076
                                           Tel: 248-663-1800/Fax: 248-663-1801
                                           am@osbig.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

ABDOUN ESTATE HOLDINGS, LLC,

                      Case No. 21-48063
                      Chapter 11

      Debtor.                Hon. Thomas J. Tucker
_____/

*Re:    Appearance, Notice of Appearance, and Request for Notices*

      I hereby certify that on October 12, 2021, I electronically served the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the Office of the United States Trustee and all those listed by the court as receiving electronic notices in this case from the court's CM/ECF system.

                      Respectfully submitted,

Dated: October 12, 2021    By:    /s/ Anthony J. Miller
                                  ANTHONY J. MILLER (P71505)
                                  Attorney for Debtor
                                  20700 Civic Center Drive, Suite 420
                                  Southfield, MI 48076
                                  Tel: 248-663-1800/Fax: 248-663-1801
                                  am@osbig.com