UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ABDOUN ESTATE HOLDINGS, LLC,

                    Case No. 21-48063-tjt
                    Chapter 11
      Debtor.             Hon. Thomas J. Tucker
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on October 14, 2021, I served the following:

1) Order For Initial Chapter 11 Status Conference

upon the parties listed below at the address indicated by First Class Mail:

U.S. Trustee's Office
Attn: Leslie Berg
211 W. Fort Street, Ste.700
Detroit, MI 48226

City of Southfield Treasurer
26000 Evergreen Road
Southfield, MI 48076

Consumer Energy
Lansing, MI 48397-0001

DTE Energy
PO Box 2859
Detroit, MI 48260-0001

IB Electric
22345 W. Warren
Dearborn Heights, MI 48127

Marble and Granite Express
38680 Michigan Ave.
Wayne, MI 48184

Mark L. Shreeman & Associates PC
26999 Central Park Blvd.
Ste. 150
Southfield, MI 48076

Red Oak Capital Fund III, LLC
625 Kenmoor Ave.
Ste. 200
Grand Rapids, MI 49546

Stuart Mechanical
2275 N. Opdydke Road
Ste. A
Auburn Hills, MI 48326

The Blum Law Firm
32000 Northwestern Hwy.
Ste. 128
Farmington Hills, MI 48334-1568

Trademark Drywall LLC
1217 N. Willard Road
Canton, MI 48187

and I also hereby certify that I mailed by First Class Mail with the United States Postal Service copies of the above noted documents to the following non-ECF participants:

All parties listed on the Court's matrix of creditors.

Dated: October 14, 2021

                                    **OSIPOV BIGELMAN, P.C.**

                                    /s/ Tijuana A. Crawford
                                    For Osipov Bigelman, P.C.
                                    20700 Civic Center Dr., Ste. 420
                                    Southfield, MI 48076
                                    Tel: (248) 663-1800 / Fax: (248) 663-1801
                                    tc@osbig.com